LNE
JST: USAO 2026R00088

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC-26-187 |
| | * | |
| JORDAN PRESTON, | * | (Possession with Intent to Distribute |
| | * | a Controlled Substance, 21 U.S.C. § |
| Defendant. | * | 841(a)(1); Forfeiture, 21 U.S.C. § |
| | * | 853(p), 28 U.S.C. § 2461(c)) |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
**(Possession with the Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland charges that:

On or about September 3, 2025, in the District of Maryland, the Defendant,

## JORDAN PRESTON,

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1), (b)(1)(B)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2.      Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

### JORDAN PRESTON,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

 a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and

 b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offenses.

### Substitute Assets

5.      If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

 a.      cannot be located upon the exercise of due diligence;

 b.      has been transferred or sold to, or deposited with, a third person;

 c.      has been placed beyond the jurisdiction of the Court;

 d.      has been substantially diminished in value; or

 e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

_Kelly O. Hayes/JST_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date    6/3/26